UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHRISTOPHER KNUDSEN, et al.,

              Plaintiff,                  **ORDER**
                                                  CV 09-1293 (LDW)(ARL)

      -against-

THE BETHPAGE UNION FREE SCHOOL
DISTRICT, et al.,

              Defendants.
----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court is defendants' motion to compel plaintiffs to respond to defendants' (i) Rule 26(a) Initial Disclosures; and (ii) First Set of Document Requests and Interrogatories. Plaintiffs have not responded to this application.

      Defendants' motion is granted. By January 10, 2011, plaintiffs shall respond to all outstanding discovery demands as well as serve automatic Rule 26 disclosures. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that this case be dismissed for failure to prosecute.

      The parties are reminded that all discovery, inclusive of expert discovery, must be completed by January 20, 2011. Any party planning on making a dispositive motion shall take the first step in the motion practice by February 3, 2011. A final conference will be held on February 17, 2011 at 11:00 a.m. The parties are directed to electronically file a proposed joint pretrial order prior to the final conference.

Dated: Central Islip, New York               SO ORDERED:
       January 3, 2011

                                                 _____/s_____
                                               ARLENE R. LINDSAY
                                               United States Magistrate Judge